UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-3966 MWF (SKx)**                         Dated: **August 24, 2022**

Title:      United States of America, ex. rel. Stahl and Reynolds -*v*- Orthopedic Alliance,
            LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

        In light of the Notices of Settlement [290 and 292] and an email regarding settlement
from counsel for Defendant Elliott Clemence, M.D., the Court sets a hearing on Order to
Show Cause Re Dismissal (as to all remaining Defendants) for **November 7, 2022 at 11:30
a.m**.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar
and no appearances shall be required.  **All other hearings, including the Final Pretrial
Conference and Trial, and deadlines are hereby vacated.**

        IT IS SO ORDERED.

MINUTES FORM 90                                     Initials of Deputy Clerk ___rs___
CIVIL - GEN