JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **STATE OF CALIFORNIA** *ex rel.* **MICHAEL STAHL** and **WILLIAM REYNOLDS**<br><br>Plaintiffs,<br><br>v.<br><br>**ORTHOPEDIC ALLIANCE, LLC,** a California Limited Liability Corp.**; ROGER WILLIAMS; MARY SISLER WILLIAMS; THOMAS FERRO, M.D.; THOMAS FERRO, M.D. A MEDICAL CORPORATION,** a California Corp. **DAVINCI ORTHOPEDIC TECHNOLOGIES, LLC,** a California Limited Liability Corp.**; DONN FASSERO, M.D.; KOUROSH SHAMLOU, M.D.; KOUROSH SHAMLOU, M.D., NC.,** a California Corp.**; KEVIN PARK, M.D.; KEVIN PARK, M.D., INC.,** a California Corp.**; MILIND PANSE, M.D. MASKO HOLDINGS, LLC ,** a California Limited Liability Corp.**; UCHENNA RAPHAEL NWANERI, M.D.; RUSSELL TODD NEVINS, M.D.; RANDY F. DAVIS, M.D.;** and **ELLIOTT CLEMENCE, M.D.**<br><br>Defendants. | Case No. 2:16-cv-03966-MWF(SKx)<br><br>*The Hon. Michael W. Fitzgerald United States District Judge*<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANTS DAVINCI ORTHOPEDIC TECHNOLOGIES, LLC AND RUSSELL TODD NEVINS, M.D.** |

# ORDER

Plaintiffs-Relators Michael Stahl and William Reynolds ("Relators") filed this action under the *qui tam* provision of the False Claims Act, 31 U.S.C. § 3729, *et seq.*, against Defendants Davinci Orthopedic Technologies, LLC, Russell Todd Nevins, M.D. and others. Relators and Defendants Davinci Orthopedic Technologies, LLC and Russell Todd Nevins, M.D. ("Defendants") have filed a Stipulation of Dismissal as to all claims filed against Defendants in this action. The United States and the State of California, which elected not to intervene in this action, filed a written consent to dismissal of this action as against Defendants, with prejudice as to Relator and without prejudice as to the United States and the State of California.

Upon due consideration of the Stipulation, the consent filed by the United States and the State of California, and the other papers on file in this action, IT IS HEREBY ORDERED that all claims asserted against Defendants in this action shall be dismissed with prejudice as to Relators and without prejudice as to the United States and the State of California.

IT IS SO ORDERED.

Dated:  December 14, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge