JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* MICHAEL STAHL and WILLIAM REYNOLDS,<br><br>Plaintiffs,<br><br>v.<br><br>ORTHOPEDIC ALLIANCE, LLC, a California Limited Liability Corp.; ROGER WILLIAMS; MARY SISLER WILLIAMS; THOMAS FERRO, M.D.; THOMAS FERRO, M.D. A MEDICAL CORPORATION, a California Corp. DAVINCI ORTHOPEDIC TECHNOLOGIES, LLC, a California Limited Liability Corp.; DONN FASSERO, M.D.; KOUROSH SHAMLOU, M.D.; KOUROSH SHAMLOU, M.D., INC., a California Corp.; KEVIN PARK, M.D.; KEVIN PARK, M.D., INC., a California Corp.; MILIND PANSE, M.D.; MASKO HOLDINGS, LLC, a California Limited Liability Corp.; UCHENNA RAPHAEL NWANERI, M.D.; RUSSELL TODD NEVINS, M.D.; RANDY F. DAVIS, M.D.; and ELLIOTT CLEMENCE, M.D.,<br><br>Defendants. | Case No. 2:16-cv-03966-MWF(SKx)<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL |

1

# ORDER

Upon due consideration of the stipulation, the consent filed by the United States and the State of California, and the other papers on file in this action, IT IS HEREBY ORDERED that:

1. All claims asserted by United States against all Defendants under the False Claims Act, 31 U.S.C. §§ 3729-3733 ("FCA") shall be dismissed with prejudice as to the "Covered Conduct" as described in the Settlement Agreement dated June 22, 2023, and without prejudice as to all other conduct.

2. All claims asserted by the State of California against all Defendants under the California False Claims Act, Cal. Gov. Code § 12651 *et seq.* ("CFCA") shall be dismissed with prejudice as to the "Covered Conduct" as described in the Settlement Agreement dated June 22, 2023, and without prejudice as to all other conduct.

3. All claims asserted by the State of California against all Defendants under the California Insurance Fraud Prevention Act, Cal. Ins. Code § 1871.7 ("CIFPA") shall be dismissed with prejudice as to the "Alleged Conduct" as described in the Settlement Agreement dated June 22, 2023, and without prejudice as to all other conduct.

4. The dismissal of Relators' claims against all Defendants in this action shall be with prejudice as to the "Covered Conduct" as described in the Settlement Agreement dated June 22, 2023.

5. This Civil Action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: November 19, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge